1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   DIANA CECELIA CHAMBERS, et al.,          Case No.:  20-CV-0715 W (RBB)

12                                Plaintiffs,

13   v.                                            **ORDER GRANTING JOINT**
                                                  **MOTION TO DISMISS WITH**
14   SAN DIEGO HOUSING COMMISSION,             **PREJUDICE [DOC. 29]**
     et al.,
15

16                                Defendants.

17
            Pending before the Court is a joint motion to dismiss this action with prejudice.
18
     Good cause appearing, the Court **GRANTS** the joint motion [Doc. 29] and **ORDERS** the
19
     case **DISMISSED WITH PREJUDICE**.
20
            In light of the dismissal, the motion to dismiss [Doc. 6] is **DENIED** as moot.
21
            **IT IS SO ORDERED**.
22
     Dated:  December 1, 2020
23

24                                              Hon. Thomas J. Whelan
                                                United States District Judge
25

26
27
28

1

20-CV-0715 W (RBB)